# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

vs.

BLACK HAWK HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

2:15-cv-01388-JCM-VCF

**ORDER**

    Before the court is *U.S. Bank National Association v. Black Hawk Homeowners Association, et al.*, case number 2:15-cv-01388-JCM-VCF . A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., November 13, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 30th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE