# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSEE FOR GSAA HOME EQUITY TRUST 2006-3,<br><br>　　　　　Plaintiff,<br><br>vs.<br>BLACKHAWK HOMEOWNERS ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-01388-JCM-VCF<br><br>**ORDER** |

　　　　Before the court is the Stipulation and Order to Extend Deadline to Amend Pleadings and Add Parties (#22).

　　　　The parties failed to state the reason for an extension of deadlines.  *See* LR 6-1(b).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the Stipulation and Order to Extend Deadline to Amend Pleadings and Add Parties (#22) is DENIED.

　　　　DATED this 18th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE