Bradley Epstein, SBN 5296
Troy R. Dickerson, SBN 9381
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
pterry@angius-terry.com
tdickerson@angius-terry.com

Attorneys for Defendant
*Blackhawk Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-3,<br><br>Plaintiff,<br><br>v.<br><br>BLACKHAWK HOMEOWNERS ASSOCIATION; 6329 ROLLING ROSE TRUST; DOES INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants, | Case No. 2:15-CV-01388-JCM-VCF<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between, Defendant BLACKHAWK HOMEOWNER ASSOCATION, by and through its counsel, ANGIUS & TERRY LLP, Defendant 6329 ROLLING ROSE TRUST, by and through its counsel, Luis A. Ayon, Esq., of Maier Gutierrez Ayon, and Plaintiff, U.S. Bank National Association, by and through its counsel Christine Parvan, Esq., of Akerman LLP, to extend the deadline for which to amend pleadings and add parties until January 8, 2016.[1]

---

[1] The Parties note that this Amended Stipulation and Order is an amendment to that Stipulation and Order filed with this Court on December 16, 2015.

1

This is the parties' first request to extend said deadline and this request is not made to cause delay or prejudice to any party. Further, this request is made in order to allow Defendant Blackhawk Homeowner's Association additional time to develop additional claims and defenses which it may have against other interested parties that are not currently in this action.

Dated this 18th day of December, 2015

**ANGIUS & TERRY LLP**

By: /s/ Troy R. Dickerson
Troy R. Dickerson, SBN 9381
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
*Attorneys for Defendants Black Hawk HOA*

Dated this 18th day of December, 2015

**AKERMAN LLP**

By: /s/ Christine Parvan
Christine Parvan, Esq.
1160 Town Center Drive, Ste. 330
Las Vegas, NV 89144
*Attorneys for Plaintiff U.S. Bank, N.A.*

Dated: this 18th day of December, 2015

**Maier Gutierrez Ayon**

By: /s/ Luis A. Ayon
Luis A. Ayon, Esq.
400 S. 7th Street, Ste. 400
Las Vegas, NV 89101
*Attorneys for Defendant 6329 Rolling Rose Trust*

## ORDER

Pursuant to the above stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT** the deadline for amending pleadings and adding parties is **EXTENDED** until January 8, 2016.

Dated: December 21, 2015

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2015, I served a copy of the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES,** by CM/ECF to the United States District Court, District of Nevada who will notify the following parties:

Christine M. Parvan
Akerman LLP
Christine.parvan@akerman.com

Luis A. Ayon
Maier Gutierrez Ayon
laa@mgalaw.com

_____
An Employee of ANGIUS & TERRY LLP